STEIGHLEY *v.* THE STATE.

ELECTIONS.—BALLOTS.—This case involved the same question decided in *Druliner* v. *The State, ante,* p. 308.

APPEAL from the *Laporte* Circuit Court.

ELLIOTT, J.—Information in the name of the State, on the relation of the prosecuting attorney, against *Frederick Steighley*, to oust him from the office of councilman of a ward of the city of *Laporte*, charging him with having intruded into and usurped the same. The facts are, in every respect, similar to those in *Druliner* v. *The State, ante,* p. 308, and the judgment is affirmed, with costs, for the reasons given in that case.

*J. Bradley*, for appellant.